

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Janine Padron, Appellant

No. 06-18-00087-CV          v.

Catholic Diocese of Austin a/k/a Roman
Catholic Diocese of Austin; Its Agents,
Servants, and Employees; and St. Ignatius
The Martyr Middle School, Appellee

Appeal from the 250th District Court of
Travis County, Texas (Tr. Ct. No. D-1-GN-
16-004298).  Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

 

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below.  We affirm the judgment of the trial court.

We further order that the appellant, Janine Padron, pay all costs of this appeal.

RENDERED APRIL 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk